# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152798 & (46)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 152798
                                   COA: 322151
                                   Oakland CC: 2012-242851-FH

ANTHONY GESTAIL TUCKER,
     Defendant-Appellant.
_____/

     On order of the Court, the motion to withdraw the application for leave to appeal is considered, and it is GRANTED. We VACATE this Court's order of May 25, 2018, granting leave to appeal. Accordingly, the application for leave to appeal is DISMISSED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2018



a0904

                                        Clerk